# Exhibit 1



# ICE CUBE

**Reg. No. 3,717,252**
Registered Dec. 1, 2009

**Int. Cls.: 9, 25 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

JACKSON, O'SHEA (UNITED STATES INDIVIDUAL)
C/O LOEB & LOEB LLP, SUITE 2200
10100 SANTA MONICA BOULEVARD
LOS ANGELES, CA 900674120

FOR: MUSICAL SOUND RECORDINGS; MUSICAL VIDEO RECORDINGS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: CLOTHING, NAMELY, SHIRTS, JACKETS, AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

FOR: ENTERTAINMENT SERVICES, NAMELY, ACTING SERVICES AND LIVE MUSICAL PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "ICE CUBE" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 77-143,280, FILED 3-29-2007.

MICHAEL ENGEL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office